# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARLENE COLON RODRIGUEZ,**

      **Plaintiff,**

**v.**                                     **Case No: 6:22-cv-2244-CEM-EJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand (the "Motion"), filed March 10, 2023. (Doc. 14.) Therein, Defendant requests that the case be reversed and remanded to the Commissioner of Social Security, pursuant to sentence four[1] of 42 U.S.C. § 405(g), for the following reasons:

> On remand, the Administrative Law Judge will be instructed to offer the claimant an opportunity for a hearing, obtain supplemental evidence from a vocational expert, and issue a new decision.

(*Id.* at 1.) Upon consideration, the Court will grant the Motion.

---

[1] A "sentence-four" remand refers to the fourth sentence of 42 U.S.C. § 405(g). Sentence four authorizes the Court to enter a "judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

Accordingly, it is hereby **ORDERED** that:

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 14) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the aforementioned reasons.

3. The Clerk is **DIRECTED** to enter a separate judgment in favor of Plaintiff and close the case.

**DONE** and **ORDERED** in Orlando, Florida on March 17, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE